UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20081-CIV-MARTINEZ

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

FMV FAMILY LIMITED PARTNERSHIP,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before this Court on the parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"), (ECF No. 17). This Court has reviewed the Joint Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of April, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record